**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| Karie M. Lauwagie, | Civil No.: 07-2245 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| vs. | |
| Academy Collections Service, Inc., "Susan Doe", "Tom Green", "Paul Dennis", | |
| Defendants. | |

Based on the parties' Stipulation for Dismissal With Prejudice (Doc. No. 20), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, and without costs or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 13, 2007

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge